UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLL & HILL, LLC,<br><br>         Plaintiff,<br><br>    -v.-<br><br>HPG INT'L, LLC, et al.,<br><br>         Defendants. | 24 Civ. 7492 (JHR)<br><br>ORDER OF DISMISSAL AGAINST MARRIOTT INTERNATIONAL, INC. AND THE LIGHTSTONE GROUP, LLC |

JENNIFER H. REARDEN, District Judge:

  The Court, having been advised at ECF No. 33 that Plaintiff and Defendants Marriott International, Inc. ("Marriott") and The Lightstone Group, LLC ("Lightstone") have reached a settlement in principle, hereby ORDERS that Defendants Marriott and Lightstone shall be DISMISSED from the above-captioned action, without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any such application filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Pursuant to Paragraph 6.C of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  The Clerk of Court is directed to terminate all deadlines as to Defendants Marriott and Lightstone.  All prior orders, dates, and deadlines in connection with Plaintiff's claims against Defendants Michaelis Boyd, Inc. and HPG International, LLC shall remain in effect.

  The Clerk of Court is further directed **not** to close this case.

  SO ORDERED.

Dated: January 5, 2025
   New York, New York

                        _____
                        JENNIFER H. REARDEN
                        United States District Judge