UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No:  24-cv-07492

ROLL & HILL, LLC,

    Plaintiff,

vs.

HPG INTERNATIONAL, LLC, MICHAELIS BOYD, INC., MARRIOTT INTERNATIONAL, INC. and THE LIGHTSTONE GROUP, LLC

    Defendants.
_____/

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MARRIOTT INTERNATIONAL, INC. AND THE LIGHTSTONE GROUP, LLC

Plaintiff Roll & Hill, LLC, pursuant to Federal Rule 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal with Prejudice as to Defendants Marriott International, Inc. and the Lightstone Group, LLC in the above-styled cause.

Dated: February 13, 2025

The Clerk of Court is directed <u>not</u> to close this case.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 14, 2025

Respectfully submitted,

Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone:  (954) 987-7550
Facsimile:  (954) 985-4176
grosen@beckerlawyers.com
eberger@beckerlawyers.com

By:_____
Gary C. Rosen, Esq.
NY Bar No. 5581616
Evan B. Berger, Esq.
FL Bar No. 71479
*(pro hac vice application pending)*

Case No: 24-cv-07492

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel and parties of record through the Court's CM/ECF system on February 13, 2025.

By:_____
      Gary C. Rosen, Esq.
      NY Bar No. 5581616