UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No: 24-cv-07492

ROLL & HILL, LLC,

    Plaintiff,

vs.

HPG INTERNATIONAL, LLC, MICHAELIS BOYD, INC., MARRIOTT INTERNATIONAL, INC. and THE LIGHTSTONE GROUP, LLC

    Defendants.
_____/

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HPG INTERNATIONAL, LLC

    Plaintiff Roll & Hill, LLC, pursuant to Federal Rule 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice as to Defendant HPG International, LLC in the above-styled cause.

Dated: February 26, 2025

Respectfully submitted,

Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone:  (954) 987-7550
Facsimile:  (954) 985-4176
grosen@beckerlawyers.com
eberger@beckerlawyers.com

By:_____
    Gary C. Rosen, Esq.
    NY Bar No. 5581616
    Evan B. Berger, Esq.
    FL Bar No. 71479
    *(pro hac vice application pending)*

Case No: 24-cv-07492

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel and parties of record through the Court's CM/ECF system on February 26, 2025.

By:_____
Gary C. Rosen, Esq.
NY Bar No. 5581616

2