AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24-cv-07492 | DATE FILED<br>10/2/2024 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Roll & Hill, LLC | | DEFENDANT<br>HPG International, Inc. et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | D824,077 | 10/3/2024 | Davis, et. al. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of voluntary dismissal |

| CLERK<br>Tammi M Hellwig | (BY) DEPUTY CLERK<br>/S/ N. Dulal | DATE<br>2/27/2025 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No:   24-cv-07492

ROLL & HILL, LLC,

    Plaintiff,

vs.

HPG INTERNATIONAL, LLC, MICHAELIS BOYD, INC., MARRIOTT INTERNATIONAL, INC. and THE LIGHTSTONE GROUP, LLC

    Defendants.
_____/

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HPG INTERNATIONAL, LLC

    Plaintiff Roll & Hill, LLC, pursuant to Federal Rule 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal Without Prejudice as to Defendant HPG International, LLC in the above-styled cause.

Dated: February 26, 2025

Respectfully submitted,

Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone:  (954) 987-7550
Facsimile:  (954) 985-4176
grosen@beckerlawyers.com
eberger@beckerlawyers.com

By:_____
    Gary C. Rosen, Esq.
    NY Bar No. 5581616
    Evan B. Berger, Esq.
    FL Bar No. 71479
    *(pro hac vice application pending)*

Case No: 24-cv-07492

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel and parties of record through the Court's CM/ECF system on February 26, 2025.

By:_____
Gary C. Rosen, Esq.
NY Bar No. 5581616